PAULETTE L. STEWART
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
FAX: (406) 457-5130
Email: paulette.stewart@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

SEP 03 2025

Clerk, U.S. District Court
District of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RYAN CHRISTOPHER WILLIAMS, <br><br> Defendant. | CR 25- 15 -H-BMM <br><br> INDICTMENT <br><br> UNLAWFUL POSSESSION OF A FIREARM IN A SCHOOL ZONE <br> Title 18 U.S.C. § 922(q)(2)(A) <br> (Penalty: Five years of imprisonment, not concurrent to any other count of conviction, $100,000 fine, and three years of supervised release) <br><br> CRIMINAL FORFEITURE <br> Title 18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

That on or about May 1, 2025, at East Helena, within Lewis and Clark County, in the State and District of Montana, the defendant, RYAN CHRISTOPHER WILLIAMS, did knowingly possess a firearm, that had affected

1

interstate commerce, near the school grounds of East Helena High School, a place the defendant knew and had reasonable cause to believe was a school zone, in violation of 18 U.S.C. §§ 922(q)(2)(A) and 924(a)(4).

FORFEITURE ALLEGATION

If convicted of the offense set forth in this indictment, the defendant, RYAN CHRISTOPHER WILLIAMS, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), any firearm and ammunition used and involved in a knowing violation of said offense.

A TRUE BILL.

Foreperson Signature Redacted Original Document Filed Under Seal

FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney