## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 25-15-H-BMM |
| Plaintiff, | |
| vs. | ORDER APPOINTING COUNSEL: THE FEDERAL DEFENDER |
| RYAN CHRISTOPHER WILLIAMS, | |
| Defendant. | |

Upon consideration of the completed CJA 23 Form submitted by the above-named Defendant, and having determined that the Defendant is financially unable to obtain counsel;

**IT IS HEREBY ORDERED** that the Attorney below is appointed to represent the Defendant at every stage of the proceedings from the date of this Order through disposition, including ancillary matters appropriate to the proceedings.

CHAD WRIGHT
Assistant Federal Defender
Federal Defenders of Montana
Helena Branch Office
50 West 14th Street, Suite 1
Helena, Montana 59601
Phone: (406) 449-8381
Fax: (406) 449-5651
Email: chad_wright@fd.org

1

**IT IS FURTHER ORDERED** that the Defendant shall pay the sum of

_____zero___DOLLARS ($___0___) per month to the Clerk of Court for defense costs

in this matter, pursuant to 18 USC §3006A(f).  The first payment of $___0___ shall

be made on or before _____, and each subsequent payment shall be

made on or before _____ day of each month, during the pendency of this case.

If, during the pendency of this matter, the Defendant's financial condition changes,

the Defendant may petition the Court for a reduction in the defense costs in this

matter.

Also pursuant to 18 USC §3006, if investigation reveals that the Defendant

owns or has control over assets not disclosed herein, the Defendant will be required

to reimburse the United States for all or part of the defense costs expended in his

behalf.

DATED this _16th_ day of September, 2025.


JOHN T. JOHNSTON
United States Magistrate Judge