Notice Exhibit

## ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS

I, RYAN CHRISTOPHER WILLIAMS, Defendant, hereby assert my FIFTH and SIXTH AMENDMENT rights to remain silent and to have counsel present at any and all of my interactions with the Government or others acting on the Government's behalf.

I do not wish to, and unless my attorney is present, will not waive any of my constitutional rights.

I do not want the Government or others acting on the Government's behalf to question me, or to contact me seeking my waiver of any rights, unless my attorney is present.

Signed: *[signature]*

Date: 9-16-25