CHAD WRIGHT
Assistant Federal Defender
Federal Defenders of Montana
Helena Branch Office
50 West 14th Street, Suite 1
Helena, Montana 59601
Phone: (406) 449-8381
Email:  chad_wright@fd.org
Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN CHRISTOPHER WILLIAMS,<br><br>Defendant. | CR 25-15-H-BMM<br><br>**DEFENDANT WILLIAMS' OPPOSED MOTION TO DISMISS INDICTMENT** |

**MOTION**

Defendant Ryan Christopher Williams (Mr. Williams), by and through his counsel of record, Chad Wright, and the Federal Defenders of Montana, hereby moves to dismiss the sole charge in the Indictment and the accompanying forfeiture allegation.

The Indictment alleges that, in violation of 18 U.S.C. §922(q)(2)(A), Mr. Williams knowingly possessed a firearm used in interstate commerce near the school

1

grounds of East Helena High School, a place he knew or had reasonable cause to believe was a school zone. Mr. Williams was individually licensed and verified under Mont. Code Ann. §45-8-360 to meet the requirements of the Gun-Free School Zones Act. Therefore, he meets the exception at 18 U.S.C. §922(q)(B)(ii) allowing possession of a firearm within a school zone if a person is licensed and verified by law enforcement of the State. *United States v. Metcalf*, __ 4th __ (9th Cir. 2025), 2025 WL 2699997.

## CONTACT WITH OPPOSING COUNSEL

Assistant United States Attorney, Paulette L. Stewart, has been contacted regarding this motion and she objects on behalf of the government.

## CONCLUSION

WHEREFORE, based on this motion and the brief that supports it, Mr. Williams requests that the Court dismiss the Indictment.

RESPECTFULLY SUBMITTED this 15th day of October, 2025.

/s/ Chad Wright
CHAD WRIGHT
Assistant Federal Defender
Federal Defenders of Montana
Counsel for Defendant

## CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on October 15, 2025, a copy of the foregoing document was served on the following persons by the following means:

  __1__        CM-ECF

  __2__        Mail

1. CLERK, UNITED STATES DISTRICT COURT

1. PAULETTE STEWART
   Assistant United States Attorney
   United States Attorney's Office
   901 Font Street, Suite 1100
   Helena, MT 59626
         Counsel for the United States of America

2. RYAN CHRISTOPHER WILLIAMS
       Defendant

                                    /s/ Chad Wright
                                    FEDERAL DEFENDERS OF MONTANA