CHAD WRIGHT
Assistant Federal Defender
Federal Defenders of Montana
Helena Branch Office
50 West 14th Street, Suite 1
Helena, Montana 59601
Phone: (406) 449-8381
Email: chad_wright@fd.org
Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN CHRISTOPHER WILLIAMS,<br><br>Defendant. | CR 25-15-H-BMM<br><br>**DEFENDANT WILLIAMS' OPPOSED MOTION TO DISMISS INDICTMENT AS UNCONSTITUTIONAL** |

## MOTION

Defendant Ryan Christopher Williams (Mr. Williams), by and through his counsel of record, Chad Wright, and the Federal Defenders of Montana, hereby moves to dismiss the sole charge in the Indictment and the accompanying forfeiture allegation.

The Indictment alleges that, in violation of 18 U.S.C. §922(q)(2)(A), Mr. Williams knowingly possessed a firearm used in interstate commerce near the school

1

grounds of East Helena High School, a place he knew or had reasonable cause to believe was a school zone. As applied to Mr. Williams, §922(q)(2)(A) is an unconstitutional infringement on the right to bear arms protected by the Second Amendment of the United States Constitution. *New York State Rifle and Pistol Association, Inc. v. Bruen*, 142 S. Ct. 2111 (2022)

## CONTACT WITH OPPOSING COUNSEL

Assistant United States Attorney, Paulette L. Stewart, has been contacted regarding this motion and she objects on behalf of the government.

## CONCLUSION

WHEREFORE, based on this motion and the brief that supports it, Mr. Williams requests that the Court dismiss the Indictment.

RESPECTFULLY SUBMITTED this 17th day of October, 2025.

/s/ Chad Wright
CHAD WRIGHT
Assistant Federal Defender
Federal Defenders of Montana
Counsel for Defendant

## CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on October 17, 2025, a copy of the foregoing document was served on the following persons by the following means:

  __1__      CM-ECF

  __2__      Mail

1. CLERK, UNITED STATES DISTRICT COURT

1. PAULETTE STEWART
   Assistant United States Attorney
   United States Attorney's Office
   901 Font Street, Suite 1100
   Helena, MT 59626
         Counsel for the United States of America

2. RYAN CHRISTOPHER WILLIAMS
       Defendant

                                  /s/ Chad Wright
                                  FEDERAL DEFENDERS OF MONTANA