UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

RECEIVED USMS D/MT
4 SEP '25 PM 1:53

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>RYAN CHRISTOPHER WILLIAMS,<br><br>             Defendant. | CR-25-15-H-BMM<br><br>**WARRANT FOR ARREST**<br><br>TO:  UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER |

YOU ARE HEREBY COMMANDED to RYAN CHRISTOPHER WILLIAMS and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging RYAN CHRISTOPHER WILLIAMS with UNLAWFUL POSSESSION OF A FIREARM IN A SCHOOL ZONE in violation of Title 18 United States Code Section 922(q)(2)(A) and CRIMINAL FORFEITURE, Title 18 United States Code Section 924(d).

Assigned to: Paulette L. Stewart

_/s/ Sara A. Jacobs_
Sara A. Jacobs, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE JOHN T. JOHNSTON
Great Falls, Montana

**BAIL FIXED AT  - 0 -**
Date of Issue: September 3, 2025

| RETURN | | |
|---|---|---|
| DATE RECEIVED: 9/04/2025 | LOCATION: | |
| EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT | | |
| DATE OF ARREST: 9/10/2025 | | Craig Anderson<br>**UNITED STATES MARSHAL** |
| LOCATION: Helena, MT | | |
| By: _[signature]_ | Deputy U.S. Marshal | |