CHAD WRIGHT
Assistant Federal Defender
Federal Defenders of Montana
Helena Branch Office
50 West 14th Street, Suite 1
Helena, Montana 59601
Phone: (406) 449-8381
Email: chad_wright@fd.org
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RYAN CHRISTOPHER WILLIAMS, <br><br> Defendant. | CR 25-15-H-BMM <br><br> **DEFENDANT WILLIAMS' OPPOSED MOTION FOR DISCOVERY SANCTIONS** |

## MOTION

Defendant Ryan Christopher Williams, by and through his counsel of record, Chad Wright, and the Federal Defenders of Montana, hereby moves for discovery sanctions based on violations of the Court's discovery orders (ECF Nos. 7 and 11), Rule 5 and Rule 16 of the Federal Rules of Criminal Procedure, the Fifth Amendment right to due process, and the Sixth Amendment right to effective assistance of counsel, compulsory process, confrontation, and fair trial.

1

## EXHIBITS

The following exhibits are attached to this motion for the Court's review:

| Document | Exhibit |
|---|---|
| Due Process Protection Act Requirements (ECF No. 7) | A |
| Corporal Cody Criner Report | B |
| Call for Service Logs | C |
| Bodycam Interview of Michelle Thompson | D |
| Bodycam Interview of E.D. (*filed conventionally under seal pursuant to 18 U.S.C. §3509(d)(1)(A) and CR 49.3(a)(2)(G)*) | E |

## CONTACT WITH OPPOSING COUNSEL

Assistant United States Attorney, Paulette L. Stewart, has been contacted regarding this motion and she objects on behalf of the government.

## CONCLUSION

WHEREFORE, based on this motion and the brief that supports it, Mr. Williams requests that the Court dismiss the Indictment, or, in the alternative, this Court should reconsider its Order Denying Motion to Dismiss (ECF No. 29). The new evidence corroborates that Mr. Williams kept his gun holstered when he encountered the youth who was speeding through his neighborhood thereby supporting his Gun Free School Zone licensing challenge under 18 U.S.C.

§922(q)(2)(B)(ii) and as his as-applied Second Amendment constitutional challenge.

(*See* ECF No. 15 and ECF No. 18.)

RESPECTFULLY SUBMITTED this 12th day of January, 2026.

/s/ Chad Wright
CHAD WRIGHT
Assistant Federal Defender
Federal Defenders of Montana
Counsel for Defendant

## CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on January 12, 2026, a copy of the foregoing document was served on the following persons by the following means:

      1         CM-ECF

      2         Mail

1. CLERK, UNITED STATES DISTRICT COURT

1. PAULETTE STEWART
   Assistant United States Attorney
   United States Attorney's Office
   901 Font Street, Suite 1100
   Helena, MT 59626
         Counsel for the United States of America

2. RYAN CHRISTOPHER WILLIAMS
         Defendant

                                    /s/ Chad Wright
                                    FEDERAL DEFENDERS OF MONTANA

4