# Lewis & Clark County Sheriff's Office

Case Narrative for LC250740 (05/07/25 10:47)

ILLEGAL TO DISSEMINATE

Printed on May 7, 2025

## Supplemental Report By Cody Criner, 05/07/25 10:47
**SUPPLEMENTAL 4 - Witness Interview**
**Case #LC250740**
**Typed By Cody Criner**

REC'D BY

MAY 09 2025

CO. ATTYS. OFC

LEWIS & CLARK COUNTY SHERIFF'S OFFICE
REPORT TYPE - SUPPLEMENTAL
OFFICER REPORT: LC250740 - 4 - DATE: 05/01/2025
REPORT NARRATIVE: WITNESS INTERVIEW

On Thursday, May 1st, 2025, at approximately 0735 hours, Corporal Jeff Stoltz, was dispatched to a report of a road rage incident that occured in the area of Bandera Drive and Valley Drive in East Helena. An East Helena High School (EHHS) student, ▬ ▬, reported to school staff that an adult male pointed a firearm at him on his drive to school this morning. School staff contacted Corporal Stoltz and advised him of the incident. Corporal Stoltz along with East Helena Police Officers Chris Kirkegaard and Kyle Butler began investigating the incident at EHHS. I, Corporal Cody Criner, School Resource Officer at East Valley Middle School (EVMS), responded to the area to assist.

I contacted officers and deputies at the intersection of Bandera Drive and Cobre Drive. I was advised ▬ had described the suspect vehicle as a black Acura passenger car. Corporal Chris Norris located a Black Acura TXS bearing Montana license plate 5-41645C parked at ▬. I was advised Corporal Stoltz was going to attempt to contact the registered owner of the vehicle, Ryan Williams, by phone and request him to speak with him outside of his residence. Deputy Keatin Mohl and I moved to the intersection of Peno Lane and Bandera Drive to have a better view of Ryan's residence as he exited. Ryan complied and exited the residence willingly and contacted Corporal Stoltz.

While Corporal Stoltz spoke with Ryan, Corporal Norris and Deputy Mohl contacted Ryan's stepfather, Peter Allen, who was in the driveway of the residence. Corporal Norris and Deputy Mohl located a silver Kimber Micro 9mm handgun in a brown Limbsaver holster on the rudder of a plane that was located on Ryan's property. Due to my patrol car being in close proximity to the residence, the handgun was secured in a brown paper bag and placed in the back of my patrol car. I later provided the firearm to Corporal Stoltz.

Corporal Stoltz placed Ryan under arrest for 1 count of MCA 45-5-213(1)(b), Assault with a Weapon. Deputy Maxwell Sanford transported Ryan to the Lewis and Clark County Detention Center. Corporal Norris and I began attempting to find if any of the residences on Bandera Drive had video recordings of the incident. I was not able to contact anyone with camera recordings. Dispatch later advised me Michelle Thompson had called in and may have witnessed some of the incident from her residence of ▬ ▬. Note: I had previously contacted Michelle's brother who advised he did not see anything. Michelle's brother advised Michelle I stopped at the residence. Michelle then contacted dispatch. I responded to the residence and contacted Michelle. Michelle provided me the following information.

Below is an interview summary. It is not intended to be a verbatim account and does not memorialize all statements made during the interview(s.) Communications by parties involved in the interview were electronically recorded, and the recording documents the actual words spoken.

Michelle advised she had seen a black sedan parked in front of a silver sedan just east of her residence on Bandera Drive this morning sometime between the time of 0700 hours and 0730 hours. Michelle advised she observed a dark haired male get out of the black sedan and walked up to the silver vehicle. Michelle thought it might be a father talking to there child. Michelle did not observe the person driving the green sedan. Michelle did not hear anybody yelling and was not able to identify make or models of the vehicles. Michelle advised the male who exited the black sedan was wearing dark clothing. Michelle believed the male was approximately 40-45 years old. Michelle also advised the male was wearing a baseball cap. Michelle advised the black sedan then left going east on Bandera Drive and the silver sedan traveled west on Bandera Drive. Michelle did not mention seeing a weapon. It was my impression Michelle did




EXHIBIT B - page 1

not think anything of the incident and may not have been able to observe a firearm.

I uploaded a copy of my video/audio recordings to the WatchGuard Evidence Library as a part of this report. Corporal Stoltz conducted the remaining follow up regarding this case. This ended my involvement.

End of Report

Corporal Cody Criner
Lewis and Clark County Sheriff's Office
Badge #533

**EXHIBIT B - page 2**