# Helena Police Department

CFS - Command Log  Printed on May 2, 2025

| | |
|---|---|
| CFS # | 050125-022 |
| Call Taker | Josh Hammond |
| Location | BANDERA DR / VALLEY DR, EAST HELENA, MT 59635 |
| Location Details | |
| Primary Incident Code | WEAPONS : WEAPONS OFFENSES |
| Mod | In Progress |
| Priority | 1 |
| Use Caution | No |
| Primary Disposition | Arrest/Cite Caucasian/White |
| Beat | |
| Zone | |
| Call Time | 05/01/25 07:35:13 |
| Completed Time | 05/01/25 10:13:44 |

**Reporters**

**Unknown (Initial Reporter)**
Sex
DOB
Address
Report Time  05/01/25 07:35:13
How Reported
From Phone
Contact Phone
Comments

**Other Names**



Sex  Male
DOB
Address

Home Phone
Comments

**THOMPSON, MICHELLE LEE (Other)**
Sex  Female
DOB
Address

Home Phone



Comments

**WILLIAMS, RYAN CHRISTOPHER (Other)**
Sex  Male
DOB

**Address** 

**Home Phone**

**Comments**

| Vehicles |
|---|

**5-35172C MT (Other)**
**Description**

**5-41645C MT (Other)**
**Description** 2012 Black Acura TXS
**Owner** WILLIAMS, RYAN CHRISTOPHER

**CCX136 MT (Other)**
**Description**

| Responders | | |
|---|---|---|
| 402 | 402 - Royce, Ed | EHPD |
| 404 | 404 - Kirkegaard, Chris | EHPD |
| 406 (Primary) | 406 - Butler, Zach | EHPD |
| 533 | 533 - Criner, Cody | LCSO (Primary) |
| 551 | 551 - Stoltz, Jeff | LCSO (Primary) |
| 560 | 560 - Mohl, Keatin | LCSO (Primary) |
| 561 | 561 - McCarthy, Don | LCSO (Primary) |
| 564 | 564 - Norris, Chris | LCSO (Primary) |
| 574 (Primary) | 574 - Sanford, Maxwell | LCSO (Primary) |

| Response Times |
|---|

**Assigned** 05/01/25 07:35:13
**Enroute** 05/01/25 07:36:51
**Staged**
**Arrived** 05/01/25 07:40:27
**Backup Requested**
**Backup Arrived**
**Leaving** 05/01/25 07:49:52 *
**Arrived At** 05/01/25 07:49:52
**Completed** 05/01/25 10:13:44

| IR / External Agency Numbers |
|---|

LC250740                                                      PO: 551 - Stoltz, Jeff

| Officer Addenda |
|---|

| **Command Log**  Filter: All Commands | Details: Hidden | Units: All Units | Revised Entries: Shown |
|---|

05/01/25 07:35:13 | Hammond, Josh | 551 | New CFS
05/01/25 07:36:06 | Hammond, Josh | 560 | Assign
05/01/25 07:36:11 | Hammond, Josh | 561, 574 | Assign
05/01/25 07:36:42 | Hammond, Josh | Log - Student informed a staff member that there was a gun pulled on them in

the parking lot / susp was in a black integra
05/01/25 07:36:51 | Hammond, Josh | 551, 560, 561, 574 | Enroute
05/01/25 07:40:27 | Hammond, Josh | 561, 574 | On Scene
05/01/25 07:40:33 | Hammond, Josh | 560 | On Scene
05/01/25 07:41:09 | Dunford, Katie | 404, 406 | Assign
05/01/25 07:41:13 | Dunford, Katie | 404, 406 | Enroute
05/01/25 07:41:16 | Dunford, Katie | 404, 406 | On Scene
05/01/25 07:42:17 | Norris, Chris | 564 | Assign
05/01/25 07:42:25 | Norris, Chris | 564 | Enroute
05/01/25 07:43:35 | Hammond, Josh | 561, 574 | Clear Alarms
05/01/25 07:43:39 | Hammond, Josh | 560 | Clear Alarms
05/01/25 07:44:25 | Dunford, Katie | 404, 406 | Clear Alarms
05/01/25 07:44:25 | Hammond, Josh | 404, 406 | Clear Alarms
05/01/25 07:46:22 | Dunford, Katie | Add Name
05/01/25 07:47:00 | Dunford, Katie | Log - INCIDENT OCCD AT BANDERA\ VALLEY
05/01/25 07:48:09 | Hammond, Josh | 564 | Assign
05/01/25 07:48:23 | Hammond, Josh | Log - Eb Custer - Following a black acura
05/01/25 07:48:37 | Hammond, Josh | Log - Male 50-60 yo / leather jacket / grey hair
05/01/25 07:49:07 | Dunford, Katie | Log - SUSPECT DISCRIPTION -WHT MALE 510 60 YRS BLACK LEATHER JACKET
05/01/25 07:49:21 | Hammond, Josh | Log - 564 - trf with ccx136 - Canyon ferry and bompart
05/01/25 07:49:24 | Hammond, Josh | 564 | Assign
05/01/25 07:49:46 | Dunford, Katie | Log - NEWER ACCURA
05/01/25 07:49:52 | Hammond, Josh | 564 | Unit Location (Location: Canyon Ferry and Bompart)
05/01/25 07:50:07 | Hammond, Josh | Vehicle (Requestor Initials (RNA): OFF)
05/01/25 07:50:31 | Dunford, Katie | Log - ENTRY REVISED - SUSPECT DISCRIPTION - 510 60 YR OLD MALE BLACK LEATHER JACKET
05/01/25 07:50:32 | Hammond, Josh | Log - 551 - Female driver, not the susp veh
05/01/25 07:52:34 | Hammond, Josh | 564 | Enroute
05/01/25 07:53:55 | Genzoli, Robyn | Log - VEH HAS TINTED WINDOWS ALL AROUND, DID COME FROM AROUND NEIGHBORHOOD AROUND THE SCHOOL, OCCD ABOUT 200 YARDS EAST OF VALLEY BEFORE STOP SIGN/ VICTIM WAS DRIVING AROUND NEIGHBORHOOD AND SUSPECT APPROACHED FROM REAR OF VEH
05/01/25 07:55:01 | Hammond, Josh | 564 | Unit Location (Location: Helena Christian Academy)
05/01/25 07:59:09 | Hammond, Josh | 564 | Enroute
05/01/25 08:00:23 | Hammond, Josh | 560 | Available
05/01/25 08:00:29 | Hammond, Josh | 561, 574 | Available
05/01/25 08:05:14 | Hammond, Josh | Add Name
05/01/25 08:06:35 | Hammond, Josh | Log - 2725 Bandera - Ryan Willams Place
05/01/25 08:06:59 | Hammond, Josh | 564 | Unit Location (Location: 2725 Bandera Dr)
05/01/25 08:08:48 | Hammond, Josh | 560 | Assign
05/01/25 08:08:51 | Sanford, Maxwell | 561, 574 | Assign
05/01/25 08:08:55 | Hammond, Josh | 560 | Unit Location (Location: 2725 Bandera)
05/01/25 08:14:44 | Dunford, Katie | 402 | Assign
05/01/25 08:14:56 | Dunford, Katie | 402 | On Scene - 2725 bandera
05/01/25 08:14:59 | Hammond, Josh | 561, 574 | Unit Location (Location: 2725 Bandera Dr)
05/01/25 08:17:58 | Dunford, Katie | 404, 406 | Unit Location (Location: 2675 cobre)
05/01/25 08:18:26 | Dunford, Katie | 404, 406 | Unit Location (Location: 2675 bandera)
05/01/25 08:19:12 | Dunford, Katie | 402, 404, 406 | Unit Location (Location: 2725 Bandera)
05/01/25 08:24:38 | Hammond, Josh | 533 | Assign - Benefis Urgent Care
05/01/25 08:24:53 | Hammond, Josh | 533 | Unit Location (Location: 2725 Bandera Dr)
05/01/25 08:27:49 | Hammond, Josh | 551 | Unit Location (Location: 2725 Bandera Dr)
05/01/25 08:35:14 | Dunford, Katie | Log - 564 adv emergency traffic only--- male coming out of house verbal commands for no weapons on him
05/01/25 08:37:57 | Hammond, Josh | Vehicle (Requestor Initials (RNA): OFF)
05/01/25 08:38:31 | Dunford, Katie | Log - 564 RESUME NORMAL TRAFFIC
05/01/25 08:40:23 | Royce, Ed | 402 | Available

```
05/01/25 08:41:05 | Hammond, Josh | Log - 564 - Poss locatd the fire-arm / Tail-wing of airplane
05/01/25 08:46:52 | Hammond, Josh | Log - Kimber 9mm - stb0052497
05/01/25 08:47:41 | Hammond, Josh | Log - 1L010751002PR5QG
MT025013N

NO RECORD SER/STB0052497 MAK/KIE
TRACKING 05/01/2025, 10:47:29 EASTERN - MKE: QG - ORI: MT025013N - Source: NCIC - ISN: 0751002PRH -
REF: UNKNOWN - ORIG DEV: J05900
05/01/25 08:48:06 | Hammond, Josh | Log - 533 - Firearm Has Been Seized
05/01/25 08:48:13 | Dunford, Katie | 404, 406 | Arrest
05/01/25 08:48:42 | Hammond, Josh | Log - Ryan has been arrested
05/01/25 08:54:17 | Dunford, Katie | 404, 406 | Available
05/01/25 08:56:24 | Hammond, Josh | 561, 574 | Leaving Scene (Location: Detention Center) - With Ryan 9378
05/01/25 08:56:57 | Hammond, Josh | 560 | Available
05/01/25 09:05:19 | Hammond, Josh | 564 | Call Details - In the area with 533 - Looking for ring cameras
05/01/25 09:12:38 | Hammond, Josh | 561, 574 | Unit Location (Location: Detention Center) - 93776 @ Jail
05/01/25 09:19:09 | Hammond, Josh | 564 | Available
05/01/25 09:21:29 | Hammond, Josh | Vehicle (Requestor Initials (RNA): OFF)
05/01/25 09:26:41 | Hammond, Josh | Add Name - 19700326
05/01/25 09:26:53 | Hammond, Josh | 533 | Available
05/01/25 09:28:56 | Hammond, Josh | Add Name
05/01/25 09:34:33 | Hammond, Josh | 561, 574 | Available
05/01/25 10:13:44 | Hammond, Josh | 551 | Complete
```