CHAD WRIGHT
Assistant Federal Defender
Federal Defenders of Montana
Helena Branch Office
50 West 14th Street, Suite 1
Helena, Montana 59601
Phone: (406) 449-8381
Email: chad_wright@fd.org
Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN CHRISTOPHER WILLIAMS,<br><br>Defendant. | CR 25-15-H-BMM<br><br>**DEFENDANT WILLIAMS'<br>NOTICE OF CONVENTIONAL<br>FILING OF EXHIBITS D AND E**<br><br>(*Exhibit E is Filed Under Seal<br>Pursuant to* **18 U.S.C. §3509(d)(1)(A)<br>and CR 49.3(a)(2)(G)**) |

Please take notice that Defendant Ryan Christopher Williams (Mr. Williams) has conventionally filed the following exhibits to his Opposed Motion for Discovery Sanctions:

One USB containing:

- **Exhibit D** – Bodycam Interview of Michelle Thompson; and

- **SEALED Exhibit E** – Bodycam Interview of E.D.

///

1

The recordings have not been filed electronically because they are not documents and scanning is not practicable.

Exhibit E is filed *under seal* pursuant to 18 U.S.C. §3509(d)(1)(A) and CR 49.3(a)(2)(G).

RESPECTFULLY SUBMITTED this 12th day of January, 2026.

/s/ Chad Wright
CHAD WRIGHT
Assistant Federal Defender
Federal Defenders of Montana
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on January 12, 2026, a copy of the foregoing document was served on the following persons by the following means:

  1    CM-ECF

  2    Mail

1. CLERK, UNITED STATES DISTRICT COURT

1. PAULETTE STEWART
   Assistant United States Attorney
   United States Attorney's Office
   901 Font Street, Suite 1100
   Helena, MT 59626
         Counsel for the United States of America

2. RYAN CHRISTOPHER WILLIAMS
        Defendant

                                            /s/ Chad Wright
                                            FEDERAL DEFENDERS OF MONTANA